| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, #221057 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | JACQUELINA RUEDA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00120-DAD |
| Plaintiff, | *UNOPPOSED* MOTION FOR EARLY TERMINATION OF PROBATION/ |
| vs. | SUPERVISED RELEASE; EXHIBITS;ORDER |
| JACQUELINA RUEDA, | Hon. Dale A. Drozd |
| Defendant. | |

The defense moves this Court for an order terminating probation/supervised release for the above named defendant. Defense counsel has conferred with counsel for the government, Assistant United States Attorney Kimberly A. Sanchez, as well as United States Probation Officer Daniel Alejandro of the Bakersfield Office, and neither has any opposition to this motion.

Title 18 U.S.C. § 3583(e)(1) grants the court power to terminate a term of supervised release at any time after the expiration of one year of supervised release, pursuant to the provisions of Federal Rule of Criminal Procedure Rule 32.1(c)[1], provided the court is satisfied

---

[1] Federal Rule of Criminal Procedure 32.1(c)(1) generally requires "a hearing, at which the person has the right to counsel and an opportunity to make a statement and present any information in mitigation." However, no hearing is required if the defendant waives the hearing. Fed. R. Crim. P. 32.1(c)(2)(A). Nor is a hearing required if the relief is favorable to the defendant and the government does not object. Fed. R. Crim. P. 32.1(c)(2)(A) and(B). Under both provisions, no hearing is required here.

1 | that such action is warranted by the conduct of the defendant and in the interests of justice.

2 | On April 27, 2017, Ms. Rueda after having pled guilty to one count of possession with intent to distribute methamphetamine, was sentenced to a three-year grant of probation in the Southern District of Ohio and that probation supervision and jurisdiction was transferred to the Eastern District of California on May 11, 2017. *See* Exh. A.

U.S. Probation Officer Daniel Alejandro has confirmed that Ms. Rueda has complied with and completed all her conditions of supervision. She continues to be gainfully employed as a welder, as she has been for the past eight years, but she has missed various work opportunities and higher wages due to the preapproved travel requirement.

Having completed almost her entire term of supervision without incident, her probation is set to expire on April 26, 2020. Counsel in the Southern District of Ohio filed a motion for early termination which was unopposed by probation or the original Assistant United States Attorney there. *See* Exh. B. However, the parties then realized jurisdiction was transferred and the motion for early termination needed to be properly filed here in the Eastern District of California.

Based on the foregoing, the defense submits that early termination of probation/ supervised release is warranted based on the conduct of Ms. Rueda and in the interests of justice.

HEATHER E. WILLIAMS  
Federal Defender

DATED: January 21, 2020 /s/ *Charles J. Lee*  
CHARLES J. LEE  
Assistant Federal Defender  
Attorney for Defendant  
JACQUELINA RUEDA

**O R D E R**

IT IS SO ORDERED. Jacquelina Rueda is hereby discharged from probation/supervised release, effective immediately, on case 1:17-cr-00120-DAD.

IT IS SO ORDERED.

Dated: __**January 22, 2020**__  _____
UNITED STATES DISTRICT JUDGE